# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY DENNISON CORPORATION<br><br>Plaintiff(s)<br><br>v.<br><br>3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Defendant(s). | CASE NUMBER<br>CV 10-7931 MRP (RZx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __M. Sean Royall__,
*Applicant's Name*

of  Gibson, Dunn & Crutcher LLP, 2100 McKinney Avenue, Suite 1100, Dallas, Texas  75201-6912
*Firm Name / Address*

(214) 698-3100                                      SRoyall@gibsondunn.com
*Telephone Number*                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   ☒ Defendant

3M Company and 3M Innovative Properties Company

and the designation of         Daniel S. Floyd, SBN 123819
*Local Counsel Designee /State Bar Number*

of  Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071-3197
*Local Counsel Firm / Address*

(213) 229-7000                                      DFloyd@gibsondunn.com
*Telephone Number*                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

**X**  GRANTED

☐  DENIED.  Fee, if paid, shall be returned by the Clerk.

☐  DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  November 12, 2010                         *Mariana R. Pfaelzer*
                                                 U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)      **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**